Darryl A. CARTER, Petitioner—
Appellant,

v.

J.L. NORWOOD, Warden,
Respondent—
Appellee.

No. 10–56365.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 22, 2011.

Darryl A. Carter, pro se.

Monica Mange, Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney Los Angeles, CA, for Respondent–Appellee.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

MEMORANDUM **

Federal prisoner Darryl A. Carter appeals pro se from the district court's judgment denying his 28 U.S.C. § 2241 habeas petition. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Carter contends that he is entitled to 1,681 days of credit toward his 24–month sentence for violation of supervised release. Contrary to Carter's contention, the district court did not err in determin-

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ing that Carter was not entitled to credit for any time served on other sentences or for time Carter was not in custody. *See* 18 U.S.C. § 3585(b); *United States v. Wilson,* 503 U.S. 329, 337, 112 S.Ct. 1351, 117 L.Ed.2d 593 (1992).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. Appellant. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.